IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | | |
|---|---|---|
| U.S. COMMODITY FUTURES<br>TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DAVID STROUD, STROUD<br>CAPITAL MANAGEMENT, LLC,<br>TS CAPITAL PARTNERS, LLC,<br>and TS CAPITAL MANAGEMENT,<br>LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>3:12cv203-MHT |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 50) is denied without prejudice and with leave to renew after the stay is dissolved.

DONE, this the 26th day of March, 2013.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE